UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re

        Edward F. Miller                        Case No.: 18-22449-rdd
                                                                                         Chapter 7

                              Debtor.
-------------------------------------------------------------X

**ORDER GRANTING MOTION OF IRENE M. COSTELLO, ESQ.TO
WITHDRAW AS COUNSEL FOR EDWARD F.MILLER AS AN ATTORNEY OF
<u>RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)</u>**

      Upon the motion (the "<u>Motion</u>") of Irene M. Costello, Esq., for an order pursuant to Rule 2090-1(e) of the Local Rules for the Southern District of New York to withdraw as counsel of record for Edward F. Miller, the debtor herein (the "<u>Debtor</u>"); and due and sufficient sufficient notice of the Motion having been given under the circumstances; and there being no opposition filed; and upon the record of the hearing held by the Court on the Motion on September 25, 2018 and all of the proceedings herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Motion is granted; and it is further

      ORDERED that Irene M. Costello, Esq., and Cabanillas & Associates, PC, are granted leave to withdraw as counsel for the Debtor, Edward F. Miller and shall no longer be counsel of record for the Debtor herein or in any related proceeding; and it is further;

      ORDERED, that all contact between the Debtor and Irene M. Costello, Esq., and Cabanillas & Associates, P.C., shall through the Debtor's new counsel;

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated: White Plains, New York
       September 27, 2018                           /s/Robert D. Drain
                                                    United States Bankruptcy Judge